UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



10/26 PTD
PH/R 11/10
11:00

CASE NO.: 20-MJ-3857- OTAZO-REYES

UNITED STATES OF AMERICA :

v. : **NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

MARIETTA TERABELIAN, :

_____Defendant._____/

COMES NOW, Larry T. McMillan, and files this temporary appearance as counsel for the above named defendant(s). This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name    Larry T. McMillan

Counsel's Signature  For /s/

Address     3250 Mary Street, Suite 406
            City Miami   State Florida   Zip Code 33133
            Telephone (305) 444-0030
            Fascimile (305) 444-0039
            Florida Bar Number 998745