# MINUTE ORDER

Page 5

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 10/21/2020   Time: 1:30 p.m.

Defendant: 2) MARIETTA TERABELIAN     J#: 61233-112    Case #: 20-3857-OTAZO-REYES
AUSA: Maity Elfenbein                 Attorney: Larry McMillan — temp
Violation: C/D/CA/WARR/COMP/CONSP/WIRE FRAUD/BANK FRAUD        Surr/Arrest Date: 10/20/2020   YOB: 1984

Proceeding: Initial Appearance                CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: PTD
Bond Set at: Temporary PTD           Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

Disposition:
- Consent to video appearance
- Rights
- Defense counsel to file a notice of temporary appearance
- Waived personal appearance

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 10/22   1:30 p.m.
PTD/Bond Hearing: 10/22   1:30 p.m.       Duty   Miami
Prelim/Arraign or Removal: 11/10   1:30 p.m.
Status Conference RE: 10/22   1:30 p.m.
D.A.R. 13:20:14, 14:09:58          Time in Court: 15 min

s/Alicia M. Otazo-Reyes                    Magistrate Judge