# MINUTE ORDER

Page 14

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 10/22/20     Time: 1:30 p.m.

Defendant: 2) Marietta Terabelian          J#: 61233-112     Case #: 20-mj-3857-Otazo-Reyes
AUSA: _Lindsey Friedman_          Attorney: Larry McMillian (Temp)
Violation: C/D/CA/Warr/Comp/Conspiracy/Commit/Wire/Bank Fraud          Surr/Arrest Date:     YOB:

Proceeding: RRC/Status Re: Garcia Hrg./Detention Hrg.     CJA Appt:
Bond/PTD Held: ☒ Yes  ☐ No     Recommended Bond: Temp Ptd
Bond Set at: _100k PSB + 75k CSB Nebbia_     Co-signed by:

- ☒ Surrender and/or do not obtain passports/travel docs _+ 3 children_
- ☒ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☒ May not visit transportation establishments _except to get back home to California_
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☒ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒* Travel extended to: _S/D FL + C/D CA_
- ☒ Other: _not to use/access bank accounts where she is not signatory in her legal name_

Language: English

Disposition:
*Removal hrg. set 11/10/20*

Consent to video Garcia hrg held. Deft waived conflict. The Court permitted counsel to represent the defendant for the limited purpose of the PTD hrg. PTD hrg held. Bond set. Counsel remains temporary.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:      Time:       Judge:       Place:
Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____
D.A.R. _16:01:09_          Time in Court: _20 min_

s/Alicia M. Otazo-Reyes
Magistrate Judge

*Travel permitted to C/D CA to get back home. Once in C/D CA Deft's travel will be restricted to C/D CA.